

**FILED**

JUN 2 0 2023

OKLAHOMA SECRETARY
OF STATE

J. Kevin Stitt
Office of the Governor
State of Oklahoma

### EXECUTIVE DEPARTMENT
### EXECUTIVE ORDER 2023-18

I, Greg Treat, Acting Governor of the State of Oklahoma, pursuant to the power vested in me by Sections 2 and 15 of Article VI of the Oklahoma Constitution, hereby declare the following:

1. Severe storms, straight-line winds, tornadoes, and hail, beginning June 17, 2023, have caused damage to public and private properties within the State of Oklahoma; and said damages have caused an undue hardship on the citizens of this State.

2. It may be necessary to provide for the rendering of mutual assistance among the State and political subdivisions of the State with respect to carrying out disaster emergency functions during the continuance of the State emergency pursuant to the provisions of the Oklahoma Emergency Management Act of 2003.

3. There is hereby declared a disaster emergency caused by the severe storms, straight-line winds, tornadoes, and hail, in the State of Oklahoma that threatens the lives and property of the people of this State and the public's peace, health, and safety. The counties included in this declaration are:

   *Choctaw, Creek, Delaware, Harper, Mayes, Pawnee, Payne, Rogers, Tulsa, and Wagoner*

4. The State Emergency Operations Plan has been activated and resources of all State departments and agencies available to meet this emergency are hereby committed to the reasonable extent necessary to protect lives and to prevent, minimize, and repair injury and damage. These efforts shall be coordinated by the Director of the Department of Emergency Management with comparable functions of the federal government and political subdivisions of the State.

Based on the foregoing, 63 O.S. §§ 683.1 *et seq.,* and pursuant to 49 C.F.R. Part 390.23, I hereby declare that there is a State of Emergency continuing in the State of Oklahoma.

Due to impacts from severe storms, straight-line winds, tornadoes, and hail, beginning June 17, 2023, and ongoing, including extensive damage to power lines and infrastructure, it is necessary to assist and expedite all efforts of relief. In order to accommodate this need and to provide assistance to the residents of the State of Oklahoma in this extraordinary situation, I hereby order the temporary suspension of the following in all 50 states as they apply to vehicles in the support efforts:

**EXHIBIT**
**3**

1.   The requirements for size and weights permits of oversized vehicles under Title 47 of the Oklahoma Statutes whose sole purpose is transportation of materials and supplies used for emergency relief and power restoration;

2.   The cost and fees of overweight permits required of carriers whose purpose is the transportation of materials and supplies used for emergency relief and power restoration, which require an overweight permit under Title 47 of Oklahoma statutes;

3.   The requirements under Parts 390 through 399 pursuant to part 390.23 of Title 49 of the Federal Motor Carrier Safety Administration Regulations;

4.   The requirements for licensing/operating authority as required by the Oklahoma Corporation Commission; and

5.   The requirements for licensing/registration authority as required by the Oklahoma Tax Commission.

Nothing contained in this declaration shall be construed as an exemption from the Controlled Substance and Alcohol Use and Testing requirements (49 C.F.R. Part 382), the Commercial Driver License requirements (49 C.F.R. Part 383), the Financial Responsibility requirements (49 C.F.R. Part 387), or any other portion of the regulations not specifically identified herein. Motor carriers that have an Out-Of-Service Order in effect cannot take advantage of the relief from regulation that this declaration provides.

*This Executive Order shall be effective for thirty (30) days.*

Copies of this Executive Order shall be distributed to the Director of Emergency Management, Oklahoma Corporation Commission, Oklahoma Department of Transportation, Oklahoma Tax Commission, Oklahoma Adjutant General's Office, Office of Management and Enterprise Services, and the Oklahoma Department of Public Safety, who shall cause the provisions of this Order to be implemented by all appropriate agencies of State government.

IN WITNESS WHEREOF, I have set my hand and caused the Great Seal of the State of Oklahoma to be affixed at Oklahoma City, this 20th day of June, 2023.

BY THE ACTING GOVERNOR OF THE STATE OF OKLAHOMA

GREG TREAT

ATTEST:

BRIAN BINGMAN, SECRETARY OF STATE