JULY 19, 2023

# President Joseph R. Biden, Jr. Approves Oklahoma Disaster Declaration

Today, President Joseph R. Biden, Jr. declared that a major disaster exists in the State of Oklahoma and ordered Federal aid to supplement State, tribal, and local recovery efforts in the areas affected by severe storms, straight-line winds, and tornadoes from June 14 to June 18, 2023.

Federal funding is available to State and eligible local governments and certain private nonprofit organizations on a cost-sharing basis for emergency work and the repair or replacement of facilities damaged by the severe storms, straight-line winds, and tornadoes in Beaver, Cimarron, Comanche, Cotton, Craig, Creek, Delaware, Harper, Jefferson, Love, Major, Mayes, McCurtain, Payne, Pushmataha, Rogers, Stephens, Tulsa, and Woodward Counties.

Federal funding is also available on a cost-sharing basis for hazard mitigation measures statewide.

Mr. Adam D. Burpee of the Federal Emergency Management Agency (FEMA) has been appointed to coordinate Federal recovery operations in the affected areas.

Additional designations may be made at a later date if requested by the State and warranted by the results of further damage assessments.

FOR FURTHER INFORMATION MEDIA SHOULD CONTACT THE FEMA NEWS DESK AT (202) 646-3272 OR FEMA-NEWS-DESK@FEMA.DHS.GOV.

###

EXHIBIT 4