

**JW Construction Management Inc.**

P.O. Box 206
Dibble, OK 73031

|  |  |
|---|---|
| Insured: | Mr. Bales |
| Property: | 16207 E. 47th Place |
|  | Tulsa, OK 74134 |

| | | | |
|---|---|---|---|
| Estimator: | Sean Wiley | Business: | (405) 510-6260 |
| Company: | JW Construction Management Inc. | E-mail: | sean@jwcm.us |
| Business: | PO Box 206 | | |
| | Dibble , OK 73031 | | |

| **Claim Number:** | **Policy Number:** | **Type of Loss:** |
|---|---|---|

| | | | |
|---|---|---|---|
| Date of Loss: | | Date Received: | |
| Date Inspected: | | Date Entered: | 8/4/2023 12:17 AM |

| | |
|---|---|
| Price List: | OKTU8X_AUG23 |
| | Restoration/Service/Remodel |
| Estimate: | BALES |

EXHIBIT
**6**

**WILEY-BALES - 0300**



**JW Construction Management Inc.**

P.O. Box 206
Dibble, OK 73031

## BALES

### Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. Temporary Repairs (Bid Item) | 1.00 EA | 410.00 | 0.00 | 410.00 | (0.00) | 410.00 |
| 2. Remove Laminated - comp. shingle rfg. - w/ felt | 47.33 SQ | 56.30 | 0.00 | 2,664.68 | (0.00) | 2,664.68 |
| 3. Remove Additional charge for steep roof - 10/12 - 12/12 slope | 10.84 SQ | 22.57 | 0.00 | 244.66 | (0.00) | 244.66 |
| 4. Remove Additional charge for steep roof greater than 12/12 slope | 24.74 SQ | 28.01 | 0.00 | 692.97 | (0.00) | 692.97 |
| 5. Remove Additional charge for high roof (2 stories or greater) | 14.59 SQ | 5.43 | 0.00 | 79.22 | (0.00) | 79.22 |
| 6. Ice & water barrier | 1,722.00 SF | 1.47 | 74.80 | 2,606.14 | (1,042.46) | 1,563.68 |
| 7. Roofing felt - 15 lb. | 47.33 SQ | 30.54 | 36.48 | 1,481.94 | (889.17) | 592.77 |
| 8. R&R Drip edge | 426.00 LF | 2.85 | 42.09 | 1,256.19 | (381.03) | 875.16 |
| 9. Asphalt starter - universal starter course | 426.00 LF | 1.78 | 21.41 | 779.69 | (467.82) | 311.87 |
| 10. Laminated - comp. shingle rfg. - w/out felt | 56.00 SQ | 229.03 | 604.49 | 13,430.17 | (5,372.07) | 8,058.10 |
| 11. Additional charge for steep roof - 10/12 - 12/12 slope | 10.84 SQ | 59.45 | 0.00 | 644.44 | (0.00) | 644.44 |
| 12. Additional charge for steep roof greater than 12/12 slope | 24.74 SQ | 75.18 | 0.00 | 1,859.95 | (0.00) | 1,859.95 |
| 13. Additional charge for high roof (2 stories or greater) | 14.59 SQ | 16.71 | 0.00 | 243.80 | (0.00) | 243.80 |
| 14. R&R Hip / Ridge cap - cut from 3 tab - composition shingles | 342.00 LF | 6.30 | 40.49 | 2,195.09 | (672.80) | 1,522.29 |
| 15. R&R Flashing - pipe jack | 2.00 EA | 51.80 | 2.99 | 106.59 | (31.59) | 75.00 |
| 16. R&R Power attic vent cover only - metal | 1.00 EA | 98.73 | 3.05 | 101.78 | (88.94) | 12.84 |
| 17. R&R Roof vent - turtle type - Metal | 3.00 EA | 68.27 | 5.88 | 210.69 | (62.75) | 147.94 |
| 18. R&R Furnace vent - rain cap and storm collar, 5" | 3.00 EA | 85.85 | 6.44 | 263.99 | (110.86) | 153.13 |
| 19. R&R Flashing, 14" wide | 56.00 LF | 4.80 | 9.68 | 278.48 | (83.96) | 194.52 |
| 20. Step flashing | 92.00 LF | 8.80 | 15.44 | 825.04 | (282.87) | 542.17 |
| **Totals: Roof** | | | **863.24** | **30,375.51** | **9,486.32** | **20,889.19** |

### Gutters

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 21. R&R Gutter / downspout - aluminum - up to 5" | 400.00 LF | 8.61 | 163.53 | 3,607.53 | (1,633.69) | 1,973.84 |
| 22. Clean gutter/downspout | 400.00 LF | 0.65 | 0.34 | 260.34 | (0.00) | 260.34 |
| This line item is to clean new metal oils off the gutters before painting. | | | | | | |
| 23. Mask and prep for paint - plastic, paper, tape (per LF) | 400.00 LF | 1.36 | 9.20 | 553.20 | (442.56) | 110.64 |
| 24. Prime & paint gutter / downspout | 400.00 LF | 1.58 | 8.18 | 640.18 | (512.14) | 128.04 |
| 25. Haul debris - per pickup truck load - including dump fees | 1.00 EA | 144.71 | 0.00 | 144.71 | (0.00) | 144.71 |
| **Totals: Gutters** | | | **181.25** | **5,205.96** | **2,588.39** | **2,617.57** |

**WILEY-BALES - 0301**



**JW Construction Management Inc.**

P.O. Box 206
Dibble, OK 73031

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 26. Heat, vent, & air cond. labor minimum | 1.00 EA | 114.76 | 0.00 | 114.76 | (0.00) | 114.76 |
| **Totals: Labor Minimums Applied** | | | 0.00 | 114.76 | 0.00 | 114.76 |
| **Line Item Totals: BALES** | | | 1,044.49 | 35,696.23 | 12,074.71 | 23,621.52 |

WILEY-BALES - 0302



**JW Construction Management Inc.**

P.O. Box 206
Dibble, OK 73031

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 34,651.74 |
| Material Sales Tax | 1,044.49 |
| **Replacement Cost Value** | **$35,696.23** |
| Less Depreciation | (12,074.71) |
| **Actual Cash Value** | **$23,621.52** |
| **Net Claim** | **$23,621.52** |
| Total Recoverable Depreciation | 12,074.71 |
| **Net Claim if Depreciation is Recovered** | **$35,696.23** |

_____
Sean Wiley



**JW Construction Management Inc.**

P.O. Box 206
Dibble, OK 73031

|  |  |
|---|---|
| Insured: | Mr. Bales |
| Property: | 16207 E. 47th Place |
|  | Tulsa, OK 74134 |

| | | | |
|---|---|---|---|
| Estimator: | Sean Wiley | Business: | (405) 510-6260 |
| Company: | JW Construction Management Inc. | E-mail: | sean@jwcm.us |
| Business: | PO Box 206 | | |
|  | Dibble , OK 73031 | | |

| **Claim Number:** | **Policy Number:** | **Type of Loss:** |
|---|---|---|

| | | | |
|---|---|---|---|
| Date of Loss: | | Date Received: | |
| Date Inspected: | | Date Entered: | 8/4/2023 12:17 AM |

| | |
|---|---|
| Price List: | OKTU8X_JAN22 |
|  | Restoration/Service/Remodel |
| Estimate: | BALES-1 |



**JW Construction Management Inc.**

P.O. Box 206
Dibble, OK 73031

**BALES-1**

### Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. Temporary Repairs (Bid Item) | 1.00 EA | 410.00 | 0.00 | 410.00 | (0.00) | 410.00 |
| 2. Remove Laminated - comp. shingle rfg. - w/ felt | 47.33 SQ | 49.48 | 0.00 | 2,341.89 | (0.00) | 2,341.89 |
| 3. Remove Additional charge for steep roof - 10/12 - 12/12 slope | 10.84 SQ | 19.97 | 0.00 | 216.47 | (0.00) | 216.47 |
| 4. Remove Additional charge for steep roof greater than 12/12 slope | 24.74 SQ | 24.80 | 0.00 | 613.55 | (0.00) | 613.55 |
| 5. Remove Additional charge for high roof (2 stories or greater) | 14.59 SQ | 4.80 | 0.00 | 70.03 | (0.00) | 70.03 |
| 6. Ice & water barrier | 1,722.00 SF | 1.35 | 64.53 | 2,389.23 | (955.69) | 1,433.54 |
| 7. Roofing felt - 15 lb. | 47.33 SQ | 26.44 | 25.44 | 1,276.85 | (766.11) | 510.74 |
| 8. R&R Drip edge | 426.00 LF | 2.67 | 39.91 | 1,177.33 | (359.84) | 817.49 |
| 9. Asphalt starter - universal starter course | 426.00 LF | 1.63 | 19.23 | 713.61 | (428.17) | 285.44 |
| 10. Laminated - comp. shingle rfg. - w/out felt | 56.00 SQ | 206.93 | 529.70 | 12,117.78 | (4,847.11) | 7,270.67 |
| 11. Additional charge for steep roof - 10/12 - 12/12 slope | 10.84 SQ | 55.72 | 0.00 | 604.00 | (0.00) | 604.00 |
| 12. Additional charge for steep roof greater than 12/12 slope | 24.74 SQ | 70.46 | 0.00 | 1,743.18 | (0.00) | 1,743.18 |
| 13. Additional charge for high roof (2 stories or greater) | 14.59 SQ | 15.66 | 0.00 | 228.48 | (0.00) | 228.48 |
| 14. R&R Hip / Ridge cap - cut from 3 tab - composition shingles* | 342.00 LF | 5.74 | 33.21 | 1,996.29 | (601.99) | 1,394.30 |
| 15. R&R Flashing - pipe jack | 2.00 EA | 45.60 | 2.36 | 93.56 | (27.68) | 65.88 |
| 16. R&R Power attic vent cover only - metal | 1.00 EA | 88.73 | 2.59 | 91.32 | (79.95) | 11.37 |
| 17. R&R Roof vent - turtle type - Metal | 3.00 EA | 58.10 | 4.13 | 178.43 | (52.78) | 125.65 |
| 18. R&R Furnace vent - rain cap and storm collar, 5" | 3.00 EA | 72.56 | 5.11 | 222.79 | (92.90) | 129.89 |
| 19. R&R Flashing, 14" wide | 56.00 LF | 4.12 | 7.49 | 238.21 | (71.50) | 166.71 |
| 20. Step flashing | 92.00 LF | 8.23 | 12.07 | 769.23 | (263.74) | 505.49 |
| **Totals: Roof** | | | **745.77** | **27,492.23** | **8,547.46** | **18,944.77** |

### Gutters

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 21. R&R Gutter / downspout - aluminum - up to 5" | 400.00 LF | 7.34 | 135.93 | 3,071.93 | (1,386.21) | 1,685.72 |
| 22. Clean gutter/downspout | 400.00 LF | 0.55 | 0.34 | 220.34 | (0.00) | 220.34 |
| This line item is to clean new metal oils off the gutters before painting. | | | | | | |
| 23. Mask and prep for paint - plastic, paper, tape (per LF) | 400.00 LF | 1.21 | 9.20 | 493.20 | (394.56) | 98.64 |
| 24. Prime & paint gutter / downspout | 400.00 LF | 1.36 | 7.49 | 551.49 | (441.19) | 110.30 |
| 25. Haul debris - per pickup truck load - including dump fees | 1.00 EA | 128.66 | 0.00 | 128.66 | (0.00) | 128.66 |
| **Totals: Gutters** | | | **152.96** | **4,465.62** | **2,221.96** | **2,243.66** |

**WILEY-BALES - 0305**



**JW Construction Management Inc.**

P.O. Box 206
Dibble, OK 73031

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 26. Heat, vent, & air cond. labor minimum | 1.00 EA | 98.27 | 0.00 | 98.27 | (0.00) | 98.27 |
| **Totals: Labor Minimums Applied** | | | 0.00 | 98.27 | 0.00 | 98.27 |
| **Line Item Totals: BALES-1** | | | 898.73 | 32,056.12 | 10,769.42 | 21,286.70 |

BALES-1

8/4/2023        Page: 3

**WILEY-BALES - 0306**



**JW Construction Management Inc.**

P.O. Box 206
Dibble, OK 73031

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 31,157.39 |
| Material Sales Tax | 898.73 |
| **Replacement Cost Value** | **$32,056.12** |
| Less Depreciation | (10,769.42) |
| **Actual Cash Value** | **$21,286.70** |
| **Net Claim** | **$21,286.70** |
| Total Recoverable Depreciation | 10,769.42 |
| **Net Claim if Depreciation is Recovered** | **$32,056.12** |

_____

Sean Wiley