```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF OKLAHOMA


(1) ROBERT BALES and         )
(2) DANIELLE BALES,          )
                             )
          Plaintiffs,        )
                             )
     -vs-                    ) Case No. 22-CV-00851
                             )
(1) STATE FARM FIRE AND      )
CASUALTY COMPANY,            )
                             )
          Defendant.         )
```

   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEPOSITION OF DANIELLE BALES

TAKEN ON BEHALF OF THE DEFENDANT

TAKEN AT 525 SOUTH MAIN STREET

TULSA, OKLAHOMA

JULY 21, 2023

   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

BALLARD REPORTING
611 WEST 15TH STREET, C-3
TULSA, OKLAHOMA  74127
(918) 407-2278
ballardreporting@gmail.com

\* \* \* \* \* \* \* \*

REPORTED BY:  ASHLEY BALLARD, CSR

```
 1   Q.   The address I read off on your driver's license,
 2        that's the address you currently live in; is that --
 3   A.   Yes.
 4   Q.   -- correct?
 5             How long have you resided at that address?
 6   A.   We've been there since December of 2020.
 7   Q.   Who lives at that address with you?
 8   A.   Robert; our children, Gelsomina and Josiah.
 9   Q.   Can you spell those names for me, please?
10   A.   Gelsomina is G-e-l-s-o-m-i-n-a.  Josiah is
11        J-o-s-i-a-h.
12   Q.   How old is Gesolina?
13   A.   Gelsomina --
14   Q.   Gelsomina.
15   A.   -- is 12.
16   Q.   And how old is Josiah?
17   A.   Fourteen.
18   Q.   Anyone else reside at that address?
19   A.   No.
20   Q.   Do you guys live over by BattleCreek?
21   A.   Yes.
22   Q.   Okay.  You purchased this house in 2020; is that
23        what you said?
24   A.   Yes.
25   Q.   Did you guys make any roof repairs?
```

```
 1   A.   No.
 2   Q.   Did you make any upgrades to the home?
 3   A.   No.  Well, we did get it inspected.
 4   Q.   When did you get it inspected?  When you bought it?
 5   A.   Bought it, yes.
 6   Q.   Do you recall who inspected it?
 7   A.   No.
 8   Q.   Do you recall any issues with the home during the
 9        purchase?
10   A.   No.
11   Q.   Did you guys get any damage to your home from the
12        recent Father's Day storm?
13   A.   Yes.
14   Q.   What kind of damage?
15   A.   Well, there was shingles in our backyard.
16   Q.   Do you recall how many?
17   A.   No.
18   Q.   Do you know where the shingles came from?
19   A.   The roof.
20   Q.   Well, again, dumb question.  Do you know what part
21        of the roof the shingles came from?
22   A.   Mostly it's on -- where the tarp is on the ...
23   Q.   The west side?
24   A.   Yes.
25   Q.   Are shingles still missing from your roof?
```

```
1   A.   Absolutely not.
2   Q.   Have you ever been on a roof?
3   A.   When I was a child, yes.
4   Q.   Never done any roof repairs?
5   A.   Never.
6   Q.   Any training on a roof?
7   A.   Never.
8   Q.   Any training on what's hail damage, what's wind
9        damage, things --
10  A.   No clue.  No.
11  Q.   I want to talk about the claim itself that we're
12       here to talk about today; okay?
13  A.   Okay.
14  Q.   When did you first receive notice that there was an
15       issue, there was a claim, there was storm damage?
16  A.   I remember there was -- back in January of 2022
17       there was a storm and that's when we -- that's when
18       Rob went and asked for someone to come look at it.
19            And we noticed the -- I'm so terrible with
20       names.  The roofing company that is assisting us,
21       they -- Rob saw their sign in a neighbor's yard and
22       asked them to come and look at our roof to see if
23       there was any damage.
24            And a lot of the roofs in the neighborhood
25       were damaged, because I remember a lot of them
```

```
 1       getting fixed.
 2   Q.  Okay.  So --
 3   A.  Around that time, in the spring.
 4   Q.  What gave you notice of the loss?  Did your husband
 5       tell you, Hey, something is going on, or did you see
 6       something?  Did you hear something?  How did you
 7       find out that there was a loss?
 8   A.  Well, there was -- I remember there was hail that
 9       night.  I remember the storm had hail.  There's so
10       many storms that come through Oklahoma, so it's
11       extremely hard to, like, pinpoint.  There's just so
12       many.
13            But I just remember there was hail and I
14       remember our furniture was -- our wicker furniture
15       was not on the porch.  The pillows were blown.
16            I don't know anything about the roof.  Like I
17       don't know what to look for or whatnot, so ...
18   Q.  Well, some people, their first notice of a loss is
19       they might see shingles on the ground or they might
20       have a leak in their house.  Did you observe any of
21       that?
22   A.  I observed I want to say a couple of shingles on
23       the ground to the west side, actually, because it
24       was by the trash cans.
25   Q.  How many shingles did you observe?
```

1  A.  I don't remember.  I just remember them being -- do
2      shingles come in three or two or like -- I just
3      remember there being quite a few long -- is that one
4      shingle?
5  Q.  You remember seeing some --
6  A.  Something.
7  Q.  -- some shingles on the ground.
8  A.  Yes.
9  Q.  Fair enough?
10 A.  Fair enough.
11 Q.  Okay.  Did you observe these the next day, or was
12     it that night of the storm when you first observed
13     these shingles?
14 A.  The next day.
15 Q.  Do you recall the actual date of the loss?
16 A.  I do not.
17 Q.  And the reason I ask is I've seen it referenced as
18     December of '21 and then January of '22.  Do you
19     have any independent recollection of what the actual
20     date of loss might be?
21 A.  There was storms in December and in January,
22     actually.  But I think we -- I'm trying to -- gosh.
23         Yeah, I need a break, because ...
24 Q.  Well --
25 A.  That's right.  You have to finish the question.