# INSPECTION IMAGES

## HOUSE SLOPES OVERVIEWS

**Front - Roof Overview**
January 18, 2022



**Right - Roof Overview**
January 18, 2022



BALES CL 36-29L1-57B 0399

# INSPECTION IMAGES

**Front Slope - P.A./Contractor Considerations**
January 18, 2022



**Front Slope - P.A./Contractor Considerations**
January 18, 2022



BALES CL 36-29L1-57B 0409

# INSPECTION IMAGES

**Front Slope - P.A./Contractor Considerations**
January 18, 2022



**Front Slope - P.A./Contractor Considerations**
January 18, 2022



BALES CL 36-29L1-57B 0410

# INSPECTION IMAGES

**Front Slope - P.A./Contractor Considerations**
January 18, 2022



**Front Slope - P.A./Contractor Considerations**
January 18, 2022



BALES CL 36-29L1-57B 0411

# INSPECTION IMAGES

**Front Slope - P.A./Contractor Considerations**
January 18, 2022



**Front Slope - P.A./Contractor Considerations**
January 18, 2022



BALES CL 36-29L1-57B 0412

# INSPECTION IMAGES

**Front Slope - P.A./Contractor Considerations**
January 18, 2022



**Front Slope - P.A./Contractor Considerations**
January 18, 2022



BALES CL 36-29L1-57B 0413

# INSPECTION IMAGES

**Front Slope - P.A./Contractor Considerations**
January 18, 2022



# RIGHT SLOPE

**Right Slope - Test Square Overview**
January 18, 2022



BALES CL 36-29L1-57B 0414

# INSPECTION IMAGES

**Right Slope - Damage Assessment**
Hail - 0
Wind - 0
January 18, 2022



**Right Slope - Roof Condition**
Good Condition
January 18, 2022



Claim: 3629L157B

56

# INSPECTION IMAGES

**Right Slope - Roof Condition**
Good Condition
January 18, 2022

**Right Slope - Roof Condition**
Good Condition
January 18, 2022



BALES CL 36-29L1-57B 0418

# INSPECTION IMAGES

**Right Slope - Roof Condition**
Good Condition
January 18, 2022



**Right Slope - Roof Condition**
Good Condition
January 18, 2022



BALES CL 36-29L1-57B 0419

# INSPECTION IMAGES

**Right Slope - Roof Condition**
Good Condition
January 18, 2022



**Right Slope - Roof Condition**
Good Condition
January 18, 2022



BALES CL 36-29L1-57B 0420

## INSPECTION IMAGES

**Right Slope - Roof Condition**
Fair Condition
Deterioration
January 18, 2022



**Right Slope - Roof Condition**
Fair Condition
Deterioration
January 18, 2022



BALES CL 36-29L1-57B 0421

# INSPECTION IMAGES

**Right Slope - P.A./Contractor Considerations**
January 18, 2022



**Right Slope - P.A./Contractor Considerations**
January 18, 2022



BALES CL 36-29L1-57B 0422

# INSPECTION IMAGES

**Back Slope - Roof Condition**
Good Condition
January 18, 2022



**Back Slope - P.A./Contractor Considerations**
January 18, 2022



BALES CL 36-29L1-57B 0426

# INSPECTION IMAGES

**Back Slope - P.A./Contractor Considerations**
January 18, 2022



**Back Slope - P.A./Contractor Considerations**
January 18, 2022



BALES CL 36-29L1-57B 0427

# INSPECTION IMAGES

**Back Slope - P.A./Contractor Considerations**
January 18, 2022



**Back Slope - P.A./Contractor Considerations**
January 18, 2022



BALES CL 36-29L1-57B 0428

# INSPECTION IMAGES

**Back Slope - P.A./Contractor Considerations**
January 18, 2022



**Back Slope - P.A./Contractor Considerations**
January 18, 2022



# INSPECTION IMAGES

**Back Slope - P.A./Contractor Considerations**
January 18, 2022



**Back Slope - P.A./Contractor Considerations**
January 18, 2022



BALES CL 36-29L1-57B 0430

# INSPECTION IMAGES

**Back Slope - P.A./Contractor Considerations**
January 18, 2022



**Back Slope - P.A./Contractor Considerations**
January 18, 2022



BALES CL 36-29L1-57B 0431

# INSPECTION IMAGES

**Back Slope - P.A./Contractor Considerations**
January 18, 2022



**Back Slope - P.A./Contractor Considerations**
January 18, 2022



BALES CL 36-29L1-57B 0432

# INSPECTION IMAGES

**Accessory – Back Slope**
Box Vent
Aluminum
Storm related damage caused by hail
Unsealed Condition
January 18, 2022



**Accessory – Back Slope**
Power Vent
Galvanized
No Damage
Size: Medium
January 18, 2022



BALES CL 36-29L1-57B 0434

# INSPECTION IMAGES

**Left Slope - Roof Condition**
Good Condition
January 18, 2022



**Left Slope - P.A./Contractor Considerations**
January 18, 2022



BALES CL 36-29L1-57B 0440

# INSPECTION IMAGES

**Left Slope - P.A./Contractor Considerations**
January 18, 2022



**Left Slope - P.A./Contractor Considerations**
January 18, 2022



BALES CL 36-29L1-57B 0441

# INSPECTION IMAGES

**Left Slope - P.A./Contractor Considerations**
January 18, 2022

**Left Slope - P.A./Contractor Considerations**
January 18, 2022



# INSPECTION IMAGES

**Left Slope - P.A./Contractor Considerations**
January 18, 2022



**Left Slope - P.A./Contractor Considerations**
January 18, 2022



Claim: 3629L157B                                                                 84

# INSPECTION IMAGES

**Left Slope - P.A./Contractor Considerations**
January 18, 2022



**Left Slope - P.A./Contractor Considerations**
January 18, 2022



Claim: 3629L157B

85

# INSPECTION IMAGES

**Left Slope - P.A./Contractor Considerations**
January 18, 2022



BALES CL 36-29L1-57B 0445