**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

Insured:      Robert Bales
Property:    16207 E 47th Pl
              Tulsa, OK 74134

**Claim Number:** 3629L157B          **Policy Number:** 36CMP5896          **Type of Loss:** Hail

Date of Loss:    1/5/2022 12:00 AM              Date Received:
Date Inspected:                                  Date Entered:    2/2/2022 10:56 AM

Price List:     OKTU8X_FEB22
                Restoration/Service/Remodel
Estimate:       BALES_ROBERT

**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

This represents the NTI/POL for this claim.
* The insured(s) reserve all rights he/she/they may have under the insurance policy, including, but not
limited to, supplementing the claim/or filing additional Proofs of Loss, should cause arise. The Proof of Loss does not address
hidden damages and does not include any unknown damages or complications or additional costs that may be associated with
any repair/replacement of the damages to the insured property. If this Proof of Loss does not comply with the policy conditions,
you are hereby instructed to inform the insured(s) within 15 days from the date of the Proof of Loss or any deficiencies will be
considered waived.*
Insurer shall confirm the accuracy and completeness of any and all information and documentation provided to Public
Adjuster/Policy Holder and any and all forms or other documents signed and/or provided to the insured for purposes of adjusting
through the preparation and submission of a claim for loss, damage, and recovery under this insurance policy.
Please be advised, insurance proceeds are paid upon the premise that if a cost would be incurred,
then a cost would be owed. More specifically, items such as permits, re-nailing of the deck,
OSHA safety standards, or any similar items do not qualify as "Cost Incurred" items. Simple,
effective example. Insured location burns down. Insured decides not to rebuild, for whatever
reason. Because the insured has decided not to rebuild, does this the mean the carrier gets to keep
the money? Of course not. These are items that are requirements. They are not "upgrades" or
"Building Law or Ordinance." The insured is not building a new structure, they are putting back
what was there, what has already been permitted at one time, nailed at one time, and installed at
one time... While it may be very profitable to do it the way I am seeing it done, it is incorrect,
and a misrepresentation of the policy and the coverage available.

Depreciation Explained
Depreciation is estimated and based on the age, useful life and condition of the damaged materials. If age is unknown, the
estimator will age an item based on it's condition at the time of inspection, in conjunction with any available information and or
public records. Labor-only line items do not age and are not depreciable. Reasonable care and professional judgment have been
used to determine the appropriate amount of depreciation. To Whom It May Concern for the Insurer: If an insurer seeks to
deduct more depreciation than estimated herein, the insurer is instructed to prove the correct depreciation and include said proof
in a proper denial for the excess.

DMO Labor Defaults vs. Trade Labor
Xactimate defaults removal operations with demolition ("DMO") labor because on many claims, such as for water and fire, the
general contractor hires a separate DMO crew before bringing in skilled tradesman for reconstruction. However, with wind and
hail claims, the skilled tradesmen handle the DMO. This issue is complicated by the fact that roofers' workman compensation
rates are much higher due to the safety issues involved and greater accident frequency and severity. Workman compensation
auditors classify any person as a roofer if they are on the roof at all during their occupational duties. DMO crews consist of
non-specialized laborers, day laborers who are uninsured. Roofing companies do not use two separate crews when replacing the
roof. For these reasons, and based on the overall scope of work, all DMO labor line items have been properly reclassified to the
appropriate trade labor component.

**Margin vs. Markup**
There is a lot of confusion regarding Margin vs. Markup. Margin is the gross profit (ie. O&P) as a percentage of total revenue.
Markup is the percentage added to the job. Xactimate allows the estimator to add Markup, not Margin. For example, if the GC is
to achieve a 20% Margin, the estimator must use a 25% Markup in Xactimate. On a $100 loss, if GCO&P is $20, the estimator
must enter 25% in Xactimate (ie. $80 x 1.25 = $100). Conversion Formula: Markup = Margin / (100 - Margin).

General Contractor Overhead & Profit ("GCO&P")
GCO&P is warranted based on the repair complexity, number of trades and coordination required. Xactimate unit pricing does
not include GCO&P (see Xactware White-paper). The National Association of Home Builders ("NAHB") periodically conducts
studies of trends in the industry, including construction cost surveys. NAHB's 2019 survey of home builders revealed an average
20.4% Margin (see NAHB Cost of Constructing a Home by Carmel Ford on 01/02/2020). NAHB's 2018 survey of remodelers
revealed an average 30.1% Margin (see Remodelers' Net Profit Margins are Flat by Rose Quint on 06/18/2020). Using the
conversion Formula, a 26% to 43% GC Markup applies on average, depending on whether the loss presents as a new build or a
reconstruction. Reasonable care and professional judgment have been used to determine the appropriate GC Markup for this

BALES CL 36-29L1-57B 0297

**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

estimate. The factors considered to determine GC Markup include the loss severity, complexity and frequency, in addition to the number of trades, coordination required and local market conditions.

" A general contractor will be required in this job will require O&P, which is not included in the, estimate items already. O&P is reasonable and legitimate expense incurred by contractors that generally speaking isn't a qualifying event. The Property Loss Adjusting book section 8.20 discusses that when a general contractor is used to oversee the project, O&P are to be included in the estimate. In section 8.19, It explicitly states that every estimate should include overhead and profit. In addition, the TDI bulletin B-0045-98 states that the deduction of O&P under a RCV policy is improper. Colorado bulletin B-5.1 states, insurers shall be prohibited from deducting for contractor's overhead and profit.   Xactware's white paper on O&P states:
"" General Overhead are expenses incurred by a General Contractor, that cannot be attributed to individual projects, and include any and all expenses necessary for the General Contractor to operate their business.
Examples (including but not limited to): General and Administrative (G&A) expenses, office rent, utilities, office supplies, salaries for office personnel, depreciation on office equipment, licenses, and advertising. Including General Overhead expenses in an Xactimate estimate–General Overhead expenses are not included in Xactware's unit pricing, but are typically added to the estimate as a percentage of the total bid along with the appropriate profit margin. These two costs together constitute what is normally referred to in the insurance restoration industry as General Contractor's O&P, or just O&P. General Overhead and Profit percentages can be added in the Estimate Parameters window within an Xactimate estimate."""

Please see the attached reasonable demand for the above mentioned claim #.



## Ally Public Adjusters

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

### BALES_ROBERT

**R1**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Temporary tarp* | 1.00 EA | 410.00 | 0.00 | 86.10 | 496.10 | (0.00) | 496.10 |
| 2. Remove Laminated - comp. shingle rfg. - w/ felt | 47.04 SQ | 49.48 | 0.00 | 488.78 | 2,816.32 | (0.00) | 2,816.32 |
| 4. Laminated - comp. shingle rfg. - w/ felt | 55.00 SQ | 235.11 | 555.75 | 2,832.24 | 16,319.04 | (0.00) | 16,319.04 |
| Tamko Vintage Shingles | | | | | | | |
| 5. R&R Roof vent - turtle type - Metal | 4.00 EA | 58.10 | 5.51 | 49.97 | 287.88 | (0.00) | 287.88 |
| 6. R&R Rain cap - 4" to 5" | 3.00 EA | 38.19 | 4.99 | 25.12 | 144.68 | (0.00) | 144.68 |
| 9. R&R Drip edge | 500.00 LF | 2.67 | 46.84 | 290.18 | 1,672.02 | (0.00) | 1,672.02 |

"Drip edge comes in 10 foot sticks.
Purpose /function of this line item: Adds waterproofing to a structure improving the efficiency of water shedding at the edges adding protection to the underlying wood. Secondly, drip edge guards against the movement between the deck and the fascia boards. Finally, drip edge adds a finished touch to an asphalt shingled roof. Most policies proved for replacement of items with materials of like kind and quality. The Asphalt Roofing Manufacturer's Association ""Residential Asphalt Roofing Manual"" includes drip edge in its recommended application procedures. The IRC code, section R905.2.8.5 states a ""drip edge shall be provided at eaves and gables of shingle roofs. Adjacent pieces should be overlapped a minimum of 2 inches. Manufacturer specs R904.1 require flashing be replaced to qualify for any manufacturer warranty."

| 14. Asphalt starter - universal starter course | 457.00 LF | 1.63 | 20.63 | 160.76 | 926.30 | (0.00) | 926.30 |

"Purpose of this line item: Starter course shingles are a key component to your new ""roofing system"". The starter strips are unseen, installed below the first course of shingles at the eave and up along the rake edge of your roof. The primary function of starter strips is to prevent blow off (in moderate wind) of the first course of shingles at eave by adhering this course with strong mastic adhesive to the starter itself. This is critical because if the vulnerable starter course of shingles are lifted during wind-driven rain, leaks can cascade into much larger damage due to water intrusion into your home.
Note that Xactimate's line item description does not include or account for starter course in the shingle install line item. It is clear in Xactimate's item description pane for this line item, that it is designated for field shingles only. Per Xactimate, the scope of this line item excludes anything not included with their item description: http://www.xactware.com/en-us/eservices-center/faqs/"

| 10. R&R Ridge cap - composition shingles | 343.00 LF | 5.75 | 33.60 | 421.22 | 2,427.07 | (0.00) | 2,427.07 |
| 11. Ice & water barrier | 435.00 LF | 1.35 | 16.30 | 126.75 | 730.30 | (0.00) | 730.30 |

"Ice & Water Barrier will be used in the valleys as is required by IRC R905.8.2 and will be not less than 36 inches wide. This is designed to act as a waterproof membrane in vulnerable areas of the roof. required to protect the roof from leaks in the valleys where shingles from different slopes come together. There is a closed valley system found on this roof that requires underlayment in the valley according to IRC code. No valley protection was included
on the original estimate.
R905.2.8.2 Valleys.
1. For open valleys (valley lining exposed) line with metal, the valley lining shall be at least 24 inches (610 mm) wide and of any of the corrosion-resistant metals in Table R905.2.8.2.
2. For open valleys, valley lining of two plies of mineral surfaced roll roofing, complying with ASTM D 3909 or ASTM D 6380 Class M, shall be permitted. The bottom layer shall be 18 inches (457 mm) and the top layer a minimum of 36 inches (914 mm) wide.
3. For closed valleys (valley covered with shingles), valley lining of one ply of smooth roll roofing complying with ASTM D 6380 and at least 36 inches wide (914 mm) or valley lining as described in Item 1 or 2 above shall be permitted. Self-adhering polymer modified bitumen underlayment complying with ASTM D 1970 shall be permitted in lieu of the lining material."

| 12. R&R Power attic vent cover only - metal | 2.00 EA | 88.73 | 5.17 | 38.35 | 220.98 | (0.00) | 220.98 |
| 13. Digital satellite system - Detach & reset | 1.00 EA | 35.32 | 0.00 | 7.42 | 42.74 | (0.00) | 42.74 |
| 7. R&R Gutter / downspout - aluminum - up to 5" | 450.00 LF | 7.34 | 152.92 | 725.74 | 4,181.66 | (0.00) | 4,181.66 |
| 17. Prime & paint gutter / downspout | 450.00 LF | 1.36 | 8.43 | 130.29 | 750.72 | (0.00) | 750.72 |
| 15. Remove Additional charge for high roof (2 stories or greater) | 47.04 SQ | 4.80 | 0.00 | 47.42 | 273.21 | (0.00) | 273.21 |

BALES_ROBERT 2/3/2022 Page: 4

**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

## CONTINUED - R1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 16. Additional charge for high roof (2 stories or greater) | 55.00 SQ | 15.66 | 0.00 | 180.87 | 1,042.17 | (0.00) | 1,042.17 |
| 19. Step flashing | 82.00 LF | 8.23 | 10.76 | 143.99 | 829.61 | (0.00) | 829.61 |
| 20. Remove Additional charge for steep roof - 10/12 - 12/12 slope | 34.80 SQ | 19.97 | 0.00 | 145.95 | 840.91 | (0.00) | 840.91 |
| 21. Additional charge for steep roof - 10/12 - 12/12 slope | 34.80 SQ | 55.72 | 0.00 | 407.21 | 2,346.27 | (0.00) | 2,346.27 |
| **Totals: R1** | | | **860.90** | **6,308.36** | **36,347.98** | **0.00** | **36,347.98** |
| **Line Item Totals: BALES_ROBERT** | | | **860.90** | **6,308.36** | **36,347.98** | **0.00** | **36,347.98** |

BALES CL 36-29L1-57B 0300



**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

### Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 29,178.72 |
| Material Sales Tax | 860.90 |
| Subtotal | 30,039.62 |
| Overhead | 3,003.97 |
| Profit | 3,304.39 |
| **Replacement Cost Value** | **$36,347.98** |
| **Net Claim** | **$36,347.98** |

BALES_ROBERT                                          2/3/2022          Page: 6

BALES CL 36-29L1-57B 0301



**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

### Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (8.517%) | Manuf. Home Tax (8.517%) | Storage Rental Tax (8.517%) |
|---|---|---|---|---|---|
| Line Items | 3,003.97 | 3,304.39 | 860.90 | 0.00 | 0.00 |
| **Total** | **3,003.97** | **3,304.39** | **860.90** | **0.00** | **0.00** |

BALES CL 36-29L1-57B 0302



**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

## Recap by Room

**Estimate: BALES_ROBERT**

| | | |
|---|---|---|
| R1 | 29,178.72 | 100.00% |
| **Subtotal of Areas** | 29,178.72 | 100.00% |
| **Total** | 29,178.72 | 100.00% |

BALES CL 36-29L1-57B 0303



**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

## Recap by Category

| O&P Items | Total | % |
|---|---|---|
| GENERAL DEMOLITION | 4,418.70 | 12.16% |
| PAINTING | 612.00 | 1.68% |
| ROOFING | 20,642.02 | 56.79% |
| SOFFIT, FASCIA, & GUTTER | 3,096.00 | 8.52% |
| TEMPORARY REPAIRS | 410.00 | 1.13% |
| O&P Items Subtotal | 29,178.72 | 80.28% |
| Material Sales Tax | 860.90 | 2.37% |
| Overhead | 3,003.97 | 8.26% |
| Profit | 3,304.39 | 9.09% |
| Total | 36,347.98 | 100.00% |

BALES CL 36-29L1-57B 0304

**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

1    147-1. Shingle  has 5 in exposure
     Date Taken: 1/28/2022



2    1-Front
     Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0305



**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

3   2-IMG_6959
    Date Taken: 1/28/2022



4   3-vent
    Date Taken: 1/28/2022



BALES_ROBERT                                    2/3/2022        Page: 11

BALES CL 36-29L1-57B 0306



**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

5  4-rear
   Date Taken: 1/28/2022



6  5-rain caps
   Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0307

**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

7    6-Rain caps
     Date Taken: 1/28/2022



8    7-IMG_6955
     Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0308



**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

9    8-right side
     Date Taken: 1/28/2022



10    9-IMG_6953 (1)
      Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0309



**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

11   10-IMG_6952
     Date Taken: 1/28/2022



12   11-vents
     Date Taken: 1/28/2022



**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

13   12-vents
     Date Taken: 1/28/2022



14   13-vent cover
     Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0311

**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

15   14-Hail Hit
Date Taken: 1/28/2022



16   15-hail hit
Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0312

**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

17   16-hail hit
     Date Taken: 1/28/2022

granule loss due to hail impact



18   17-hail hit
     Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0313

**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

19   18-hail hit
    Date Taken: 1/28/2022

This white chalk mark was made by
the SF representative to demonstrate a
hail hit.



20   19-hail impact
    Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0314

**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

21   20-Hail hit
Date Taken: 1/28/2022

Another hail hit marked by SF
representative. THis is a classic
appearance of hail hits.



22   21-Hail impact
Date Taken: 1/28/2022

Another hail hit marked by SF
representative.



BALES CL 36-29L1-57B 0315



**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

23   22-hail hit
     Date Taken: 1/28/2022



24   23-hail hit
     Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0316

**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

25   24-IMG_6938
     Date Taken: 1/28/2022



26   25-front
     Date Taken: 1/28/2022

     This is written by SF representative
     who believed there were 10+ hail hits.



BALES CL 36-29L1-57B 0317



**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

27   26-hail hits
Date Taken: 1/28/2022



28   27-Left
Date Taken: 1/28/2022

White writing is from SF
representative



BALES CL 36-29L1-57B 0318

**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

29  28-IMG_6934 (1)
    Date Taken: 1/28/2022



30  29-hail hit
    Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0319

**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

31   30-hail hit
     Date Taken: 1/28/2022



32   31-hail hit
     Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0320

**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

33   32-hail hit
Date Taken: 1/28/2022



34   33-hail hit
Date Taken: 1/28/2022

Loss of granules in hail impact area.



BALES CL 36-29L1-57B 0321

**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

35   34-South
Date Taken: 1/28/2022

You can see white writing which was
by SF representative stating 10+ hits
and orange chalk by PA with 12+ hail
hits.



36   35-hail hit
Date Taken: 1/28/2022



BALES_ROBERT                                    2/3/2022          Page: 27

BALES CL 36-29L1-57B 0322

**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

37   36-hail hit
Date Taken: 1/28/2022



38   37-hali hits
Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0323



**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

39   38-hail impacts
     Date Taken: 1/28/2022



40   39-hail hits
     Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0324

**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

41   40-hail hits
Date Taken: 1/28/2022



42   41-hail hits
Date Taken: 1/28/2022



BALES_ROBERT

2/3/2022        Page: 30

BALES CL 36-29L1-57B 0325



**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

43   42-hail hits
Date Taken: 1/28/2022



44   43-IMG_6919
Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0326

**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

45   45-Hail impact
     Date Taken: 1/28/2022



46   46-hail damage
     Date Taken: 1/28/2022



**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

47   47-hail impacts
Date Taken: 1/28/2022



48   48-hail impacts
Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0328

**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

49   49-IMG_6913 (1)
     Date Taken: 1/28/2022



50   113-IMG_7005
     Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0329

**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

51   114-IMG_7001
     Date Taken: 1/28/2022



52   115-IMG_7002
     Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0330

**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

53   116-IMG_6998
     Date Taken: 1/28/2022



54   117-IMG_7003
     Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0331

**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

55   118-IMG_6997
     Date Taken: 1/28/2022



56   119-IMG_6996 (1)
     Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0332

**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

57   120-IMG_6994 (1)
     Date Taken: 1/28/2022



58   122-hail impact
     Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0333

**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

59   123-side
Date Taken: 1/28/2022



60   124-hail impact
Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0334

**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

61  125-hail impact
Date Taken: 1/28/2022



62  126-hail impacts
Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0335

**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

63  127-hail impacts
    Date Taken: 1/28/2022



64  128-hail impacts
    Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0336



**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

65    129-hail impact
      Date Taken: 1/28/2022



66    130-Back
      Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0337



**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

67   131-painted
     Date Taken: 1/28/2022



68   132-hail hit
     Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0338

**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

69   133-gutter
     Date Taken: 1/28/2022

     Hail impact



70   134-Gutter
     Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0339

**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

71   135-Tarped area
     Date Taken: 1/28/2022



72   136-Hail Hit
     Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0340



**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

73   137-Hail Hit
Date Taken: 1/28/2022



74   138-Hail Hit
Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0341

**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

75   139-Hail hit
     Date Taken: 1/28/2022



76   140-hail hit
     Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0342

**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

77   141-Hail hit
     Date Taken: 1/28/2022



78   142-Hail Hit
     Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0343

**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

79   143-Right
     Date Taken: 1/28/2022



80   144-Right
     Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0344

**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

81   145-Front
     Date Taken: 1/28/2022



82   146-5 in exposure
     Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0345

**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

83   148-hail hits
Date Taken: 1/28/2022



84   149-Hail hits
Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0346



**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

85   150-Hail hits
     Date Taken: 1/28/2022



86   151-Hail Hits
     Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0347

**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

87   152-Hail hits
     Date Taken: 1/28/2022



88   153-Hail Hits
     Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0348

**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

89   154-Hail Hits
     Date Taken: 1/28/2022



90   155-Hail Hits
     Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0349

**Ally Public Adjusters**

405-863-7779
meleah.allypa@gmail.com
Lic#3000955374

91   156-Hail markings by SF rep
     Date Taken: 1/28/2022



BALES CL 36-29L1-57B 0350