

**RBZ000I5**
**State Farm Fire and Casualty Company**

# Fire Claim File Print

## File History Information

Route To:

### BASIC CLAIM INFORMATION

**Claim Number:** 36-29L1-57B
**Date of Loss:** 12-05-2021
**Policy Number:** 36-CM-P589-6
**Named Insured:** BALES, ROBERT L

### FILE HISTORY

#### File History - File Notes

| | | |
|---|---|---|
| 09-14-2022 - 12:51 PM CDT | **Performer:** Richwine, Carmen | **Office:** PROX |
| **File Note:** Review | | |
| **Participant:** | | **COL / Line (Participant):** 35 / 001(Named Insured(s)) |
| **Category:** Management | | **Sub Category:** |

Notice of petition submitted. Opened matter in ECS. Completed suit intake tool and emailed to P&C claims.

Recal 2 weeks for assignment of counsel.

JR, OK to set a 60+ day calendar.

| | | |
|---|---|---|
| 09-13-2022 - 8:58 AM CDT | **Performer:** Skalski, Witold T | **Office:** WHRUASST |
| **File Note:** New Mail | | |
| **Participant:** DANIELLE R BALES, ROBERT L BALES | | **COL / Line (Participant):** 35 / 001(Named Insured(s)) |
| **Category:** Claim Note | | **Sub Category:** |

Reviewed new mail.

Notice of Service of Process has been submitted to the claim.

Reassigned to ownership for further handling and review.

| | | |
|---|---|---|
| 04-09-2022 - 11:15 AM CDT | **Performer:** Roper, Darlene | **Office:** WHRUDAL |
| **File Note:** Contact | | |
| **Participant:** ALLY PUBLIC ADJUSTERS | | **COL / Line (Participant):** |
| **Category:** Contact | | **Sub Category:** |

Working task
PA stated that they have not received a response regarding the email submitted
PA states that our thrid party vendor photos reflect 10 hail hits; however, they actually reflect the size of the of the test square 10x10. Our claim settlement decisions remain the same
Emailed and drop filed PA
Reclosing claim

| | | |
|---|---|---|
| 03-25-2022 - 4:03 PM CDT | **Performer:** Groveman, Daniel | **Office:** WHRUDAL |
| **File Note:** DOI complaint received | | |
| **Participant:** | | **COL / Line (Participant):** |
| **Category:** Claim Note | | **Sub Category:** |

Received and responded to DOI complaint. No further handling needed at this time, claim to remain closed.

| FIRE | Claim Number: 36-29L1-57B | | RBZ000I5 |
|---|---|---|---|

| 03-22-2022 - 9:36 AM CDT | Performer: Brown, Derico | | Office: WHRUASST |
|---|---|---|---|
| File Note: Pending | | | |
| Participant: ALLY PUBLIC ADJUSTERS | | COL / Line (Participant): | |
| Category: Pending | | Sub Category: | |

Pending
-None

| 03-22-2022 - 9:36 AM CDT | Performer: Brown, Derico | | Office: WHRUASST |
|---|---|---|---|
| File Note: CS working Mail-PA requested a reinspection | | | |
| Participant: | | COL / Line (Participant): | |
| Category: Claim Note | | Sub Category: | |

CS working Mail-PA requested a reinspection
- documenation for a reinspection has been reviewed and determine
- No additional consdiseration for Reinspection
- CS followed up with PA to adivsed that SF position is the same. LVM

| 02-28-2022 - 11:50 AM CST | Performer: Ojeda, Jose | | Office: WHRUDAL |
|---|---|---|---|
| File Note: NEW MAIL | | | |
| Participant: | | COL / Line (Participant): 35 / 001(Named Insured(s)) | |
| Category: Coverage | | Sub Category: | |

February 28, 2022 HRU CS WORKING NEW MAIL
NEW MAIL in file is COVERAGE CORRESPONDENCE
CS sending to PA
NFHR
CS Closing claim.
NEW MAIL to reopen.

| 02-21-2022 - 12:44 PM CST | Performer: Phillips, JR | | Office: PROX |
|---|---|---|---|
| File Note: Closing | | | |
| Participant: | | COL / Line (Participant): | |
| Category: Claim Note | | Sub Category: | |

TM approved letter to PA. Emailed and advised will send copy of policy when received. No change in assessment of the roof. Reclosed file.

| 02-21-2022 - 12:28 PM CST | Performer: Richwine, Carmen | | Office: PROX |
|---|---|---|---|
| File Note: Review | | | |
| Participant: | | COL / Line (Participant): 35 / 001(Named Insured(s)) | |
| Category: Management | | Sub Category: | |

Reviewed letter.

| 02-21-2022 - 7:15 AM CST | Performer: Nisbett, Lavern | | Office: WHRUDAL |
|---|---|---|---|
| File Note: Incoming call from PA | | | |
| Participant: ALLY PUBLIC ADJUSTERS | | COL / Line (Participant): 35 / 001(Named Insured(s)) | |
| Category: Claim Note | | Sub Category: | |

CS working phones.
- RCF Meleah with Ally Public Adjusters requesting a copy of the SFE.
- CS emailed SFE to CTR.
- Meleah thanked us and end call.
- CS backing out of claim.

| 02-18-2022 - 4:04 PM CST | Performer: Phillips, JR | | Office: PROX |
|---|---|---|---|
| File Note: Letter to PA | | | |
| Participant: | | COL / Line (Participant): | |
| Category: Claim Note | | Sub Category: | |

Letter to PA composed. Emailed to TM for review.

| 02-18-2022 - 1:05 PM CST | Performer: Richwine, Carmen | | Office: PROX |
|---|---|---|---|
| File Note: Review | | | |
| Participant: | | COL / Line (Participant): 35 / 001(Named Insured(s)) | |
| Category: Management | | Sub Category: | |

| FIRE | Claim Number: 36-29L1-57B | RBZ00015 |
|---|---|---|

Reviewed file note of 2/18. Reviewed photos from inspection on 2/18. The photos present granular loss/blistering and weathering. There is no evidence of hail. The close-up photos of the markings depict sharp edges, there are no granules forced into the shingle mat. There is no evidence of fracture or bruising the shingle mat. Some of the markings are linear and not circular in appearance. Spatter is very small on the panel box.

Our position remains that there is no damaging hail to the shingles.

JR, let's f/u with a letter to the PA summarizing our 2nd inspection and our position. Please forward to me the letter once drafted. Thank you.

| 02-18-2022 - 12:02 PM CST | **Performer:** Phillips, JR | **Office:** PROX |
|---|---|---|
| **File Note:** Mobile upload | | |
| **Participant:** | **COL / Line (Participant):** | |
| **Category:** Investigation | **Sub Category:** | |

ACS JR Phillips and Khalid Fouda completed an on site 2nd inspection of the property with PA present. Documented areas the PA believed to be hail to the roof and exterior elevations. Uploaded the photos to the file and sending message to TM to review.

Advised PA that I did not agree that what she marked as hail, was damage. She indicated there does not have to be matting breakage for damage to be present. She stated that hail that knocks granules off the roof, is damaging hail as it effects the life span of the shingle. She acknowledged that SF standards say the matting had to be damaged, and surface bruised, but she does not agree.

Copy of policy requested this morning. Advised I would provide to her as soon as received, and would communicate claim decision once reviewed with management. She understood. Insured was present after we all got off roof, and he indicated he understood as well.

| 02-04-2022 - 4:21 PM CST | **Performer:** Phillips, JR | **Office:** PROX |
|---|---|---|
| **File Note:** Contact - PA | | |
| **Participant:** | **COL / Line (Participant):** | |
| **Category:** Contact | **Sub Category:** | |

Spoke with the PA. She said she inspected the roof, and found all the markings from the third party inspector. She said his markings show 10+ hps, so isnt sure why we would turn the roof down. I told her their report said no hail. She was pretty sure it was the roof inspector who had marked up the roof.

I went ahead and scheduled the 2nd inspection for 2/18 at 11am so I could have assistance from CR Fouda. She confirmed.

| 02-04-2022 - 9:20 AM CST | **Performer:** Phillips, JR | **Office:** PROX |
|---|---|---|
| **File Note:** Contact - PA | | |
| **Participant:** | **COL / Line (Participant):** | |
| **Category:** Contact | **Sub Category:** | |

Contacted the PA and left a message for a return call to schedule 2nd inspection.

| 02-03-2022 - 9:31 AM CST | **Performer:** Richwine, Carmen | **Office:** PROX |
|---|---|---|
| **File Note:** Review | | |
| **Participant:** | **COL / Line (Participant):** 35 / 001(Named Insured(s)) | |
| **Category:** Management | **Sub Category:** | |

Reviewed. Reviewed photos presented by PA. JR, we need to confirm the shingle is discontinued and has a 5" exposure, not rely on the photo presented. If the shingle is the standard size and no longer available we would only total the slope(s) with wind damage. I did not see any hail date noted in AccuWeather for 12/5/21 although there was hail in the area.

Policy origination date was 11/10/20.

Let's f/u with a 2nd inspection. If you find additional damages, let's review.

| 02-03-2022 - 8:42 AM CST | **Performer:** Phillips, JR | **Office:** PROX |
|---|---|---|
| **File Note:** File Reopen | | |
| **Participant:** | **COL / Line (Participant):** | |
| **Category:** Claim Note | **Sub Category:** | |

BALES CL 36-29L1-57B 0015

| FIRE | Claim Number: 36-29L1-57B | RBZ00015 |
|---|---|---|

File reopened with a PA letter from Ally Public Adjusting. Photo report from them shows the shingles on the roof at 5" exposure. 5 wind damaged shingles found to the left slope, so will need to update that slope with replacement due to discontinued shingle. Photos also show what they believe to be hail damage. Sending message to TM to review to confirm if a 2nd inspection is warranted and how to proceed forward.

| 02-03-2022 - 8:39 AM CST | **Performer:** Phillips, JR | **Office:** PROX |
|---|---|---|
| **File Note:** Wind/Hail Inspection | | |
| **Participant:** | **COL / Line (Participant):** | |
| **Category:** Assignment Claim Handling | **Sub Category:** | |

Closing file note failed to be added to file when claim was initially closed:

Wind/Hail Inspection

INSPECTION RESULTS: 5 wind damaged shingles to the left slope, 3 vent caps, 4 turtle vents, front and left gutters.
Met with (PH, Ctr name, if applicable): Ladder Now inspected with the roofer and insured present
Date/Time: 1/18 noon
Coverage A - Narrative of damages if not documented in roof scope sheet and/or exterior scope sheet(s)
    Dwelling: spot repair to left slope with roof metals
    Other Structures: none
    Interior: none
Labor minimums: reviewed
GCO&P: no complexity, none added
Depreciation: LBD none applied
Coverage B - Personal Property: none
Coverage C – Additional Living Expense (ALE): none
Sub/Salvage: none
TPPOC (TX only): none

Estimate was written for the damages confirmed, but the total was below the policy deductible. No ADPL letter was sent to the insured, and a non-total coversation was completed voice to voice with the insured and agent.

| 01-14-2022 - 9:26 AM CST | **Performer:** Phillips, JR | **Office:** PROX |
|---|---|---|
| **File Note:** Fire Property QFC - Hail | | |
| **Participant:** ROBERT L BALES | **COL / Line (Participant):** | |
| **Category:** Quality First Contact | **Sub Category:** | |

| FIRE | Claim Number: 36-29L1-57B | RBZ00015 |
|---|---|---|

Fire Property QFC Policy Type: Ho with RC on the roof
Prior Related Losses/ISO Details: no related prior
Prior to Call Review:
Number of Stories: two
Roofing/Siding Type: 30 year
Class IV identified on Policy Screen (Yes/No): no
Steep/Walkable: steep
Age of Roofing/Siding: Original - 11 years
AccuWeather Report Details: No hail reported on the DOL
Narrative Description of Damages: Insured said he had a few shingles blow off his roof - 3-4 shingles on the west - after the most recent wind storm. He contacted OCR Roofing - Christian - who found hail damage to the roof as well, along with gutters. No interior damage. Roof is very steep and 2 story. Advised I was utilizing REIAP and sending Ladder Now to inspect. He understood. Policy is only 14 months old.
Exterior Damage: possible gutters and screens
Interior Damage: none
Mitigation Performed: none required
Building Habitability: livable
Personal Property Damage: none
ALE Status, if uninhabitable: n/a
Power Outage: none
Subrogation: none
Mortgage Company verified, Dollar One (yes/no): Penny Mac - no
Ctr Involvement: Yes
Ctr Added to Participants (yes/no): yes
Offered SFPSP CSP or RSP: n/a -- hail loss
Explanation of claim handling process/next steps: Advised okay to tarp and patch as needed provided claim #, my phone # with further questions and deductible amount
Completed FIOT tool. Sent REIAP

### File History - File Note System Generated

09-14-2022 - 12:52 PM CDT    **Performer:** System    **Office:** CORPSYS
**System Generated File Note:** Assignment Notification
**Participant:**    **COL / Line (Participant):**
**Category:** Claim Note

Assignment Notification sent to Phillips, JR (Q07J) at j.r.phillips.q07j@statefarm.com
--- Message Details ---
Fire Claim Number = 36-29L1-57B
Insured Name = ROBERT BALES
Date Of Loss = 12-05-2021
Location of Loss Address = 16207 E 47TH PL
TULSA, Oklahoma 741344705
Insured Default Phone Number = (918) 727-9030
Facts of Loss = Damage to roof shingles - final
Agent Name = VIRTUE, JAMES R
Agent Phone = (918) 251-1581
Probable Cause = Hail

02-21-2022 - 9:32 AM CST    **Performer:** INTMSG_TEXT_PUSH    **Office:** CORPSYS
**System Generated File Note:** TEXT-CLAIM_FIRE_EST_NI
**Participant:** ROBERT L BALES    **COL / Line (Participant):** ROBERT L BALES
**Category:** Correspondence
Text message: "State Farm: Hi Robert. Your estimate for claim 36-29L1-57B is ready and can be viewed on our mobile app here: https://st8.farm/IIuXGH or online here https://st8.farm/KCsJP8" was automatically sent to 918-727-9030 on 2/21/2022.

02-21-2022 - 9:32 AM CST    **Performer:** INTMSG_TEXT_PUSH    **Office:** CORPSYS

| FIRE | Claim Number: 36-29L1-57B | RBZ00015 |
|---|---|---|

**System Generated File Note:** PUSH-CLAIM_FIRE_EST_NI
**Participant:** ROBERT L BALES   **COL / Line (Participant):** ROBERT L BALES
**Category:** Correspondence
Push Notification: "State Farm: Your claim estimate has been received View the details here" was automatically sent to an Android mobile device on 2/21/2022.

02-21-2022 - 9:32 AM CST   **Performer:** System   **Office:** CORPSYS
**System Generated File Note:** EMAIL-FIRE ESTIMATE
**Participant:** ROBERT L BALES   **COL / Line (Participant):** ROBERT L BALES
**Category:** Correspondence
EMAIL-FIRE ESTIMATE was automatically emailed to RBALES918@GMAIL.COM on 2/21/2022 at 03:32 PM (GMT).

02-18-2022 - 4:52 PM CST   **Performer:** INTMSG_TEXT_PUSH   **Office:** CORPSYS
**System Generated File Note:** TEXT-CLAIM_FIRE_EST_NI
**Participant:** ROBERT L BALES   **COL / Line (Participant):** ROBERT L BALES
**Category:** Correspondence
Text message: "State Farm: Hi Robert. Your estimate for claim 36-29L1-57B is ready and can be viewed on our mobile app here: https://st8.farm/r8342A or online here https://st8.farm/gxeO9i" was automatically sent to 918-727-9030 on 2/18/2022.

02-18-2022 - 4:52 PM CST   **Performer:** INTMSG_TEXT_PUSH   **Office:** CORPSYS
**System Generated File Note:** PUSH-CLAIM_FIRE_EST_NI
**Participant:** ROBERT L BALES   **COL / Line (Participant):** ROBERT L BALES
**Category:** Correspondence
Push Notification: "State Farm: Your claim estimate has been received View the details here" was automatically sent to an Android mobile device on 2/18/2022.

02-18-2022 - 4:52 PM CST   **Performer:** System   **Office:** CORPSYS
**System Generated File Note:** EMAIL-FIRE ESTIMATE
**Participant:** ROBERT L BALES   **COL / Line (Participant):** ROBERT L BALES
**Category:** Correspondence
EMAIL-FIRE ESTIMATE was automatically emailed to RBALES918@GMAIL.COM on 2/18/2022 at 10:52 PM (GMT).

01-19-2022 - 2:07 PM CST   **Performer:** System - Claim File   **Office:** CORPSYS
**System Generated File Note:** TEXT-CLAIM_FIRE_EST_NI
**Participant:** ROBERT L BALES   **COL / Line (Participant):** ROBERT L BALES
**Category:** Correspondence
Text message: "State Farm: Hi Robert. Your estimate for claim 36-29L1-57B is ready and can be viewed on our mobile app here: https://st8.farm/gVUhny or online here https://st8.farm/BmLyH8" was automatically sent to 918-727-9030 on 1/19/2022.

01-19-2022 - 2:07 PM CST   **Performer:** System   **Office:** CORPSYS
**System Generated File Note:** EMAIL-FIRE ESTIMATE
**Participant:** ROBERT L BALES   **COL / Line (Participant):** ROBERT L BALES
**Category:** Correspondence
EMAIL-FIRE ESTIMATE was automatically emailed to RBALES918@GMAIL.COM on 1/19/2022 at 08:07 PM (GMT).

01-19-2022 - 1:11 PM CST   **Performer:** Phillips, JR   **Office:** SYSTEM
**System Generated File Note:** FC0014473 - NO ACCIDENTAL DIRECT PHYSICAL LOSS ADP
**Participant:**   **COL / Line (Participant):**
**Category:** Correspondence
NO ACCIDENTAL DIRECT PHYSICAL LOSS ADPL - AK CA CT OK MN MT NH WI WA WV were e-mailed by JR Phillips on 01/19/2022

01-17-2022 - 9:00 AM CST   **Performer:** System - Claim File   **Office:** CORPSYS
**System Generated File Note:** TEXT-CLAIM_FIRE_APPOINTMENT
**Participant:**   **COL / Line (Participant):**
**Category:** Correspondence
Text message: "State Farm: An inspection is scheduled for 01/18/2022 12:15 PM for claim 3629L157B. Call 844-458-4300 ext 3099944175 if you need to reschedule the inspection." was automatically sent to 918-727-9030 on 1/17/2022.

01-14-2022 - 11:10 AM CST   **Performer:** Phillips, JR   **Office:** SYSTEM
**System Generated File Note:** FC0016192

| FIRE | Claim Number: 36-29L1-57B | RBZ00015 |
|---|---|---|

| Participant: ROBERT L BALES | COL / Line (Participant): ROBERT L BALES |
|---|---|
| **Category:** Correspondence | |

FC0016192 - HOMEOWNERS BUILDING SETTLEMENT INFOGRAPHIC - AUTOMATED was automatically created and emailed through Forms & Correspondence to RBALES918@GMAIL.COM

| 01-14-2022 - 9:40 AM CST | **Performer:** Phillips, JR | **Office:** SYSTEM |
|---|---|---|
| **System Generated File Note:** FC0016730 | | |
| **Participant:** ROBERT L BALES | | **COL / Line (Participant):** ROBERT L BALES |
| **Category:** Correspondence | | |

FC0016730 - ROOF AND EXTERIOR INSPECTION ASSIST PROGRAM INFOGRAPHIC - AUTOMATED was automatically created and emailed through Forms & Correspondence to RBALES918@GMAIL.COM

| 01-13-2022 - 6:25 PM CST | **Performer:** Phillips, JR | **Office:** SYSTEM |
|---|---|---|
| **System Generated File Note:** FC0016191 | | |
| **Participant:** DANIELLE R BALES | | **COL / Line (Participant):** DANIELLE R BALES |
| **Category:** Correspondence | | |

FC0016191 - NEW CLAIM NOTIFICATION - INSURED - FIRE - AUTOMATED was automatically created and printed through Forms & Correspondence.
Printer Name: PCQ2716.P27FIREPRINT02
Printer Description: ATL Fire - Proximity/WCCS InOff/Deployed

| 01-13-2022 - 4:58 PM CST | **Performer:** System | **Office:** CORPSYS |
|---|---|---|
| **System Generated File Note:** PAPER-NEW CLAIM NOTIFICATION | | |
| **Participant:** DANIELLE R BALES | | **COL / Line (Participant):** DANIELLE R BALES |
| **Category:** Correspondence | | |

PAPER-NEW CLAIM NOTIFICATION was automatically mailed to 16207 E 47TH PL,TULSA OK 74134-4705,USA on 1/13/2022 at 10:58 PM (GMT).

| 01-13-2022 - 4:58 PM CST | **Performer:** System - Claim File | **Office:** CORPSYS |
|---|---|---|
| **System Generated File Note:** TEXT-FIRE_NCN | | |
| **Participant:** ROBERT L BALES | | **COL / Line (Participant):** ROBERT L BALES |
| **Category:** Correspondence | | |

Text message: "State Farm: Visit https://st8.farm/PWPmmS to get contact information, view & manage your claim. Claim 36-29L1-57B." was automatically sent to 918-727-9030 on 1/13/2022.

| 01-13-2022 - 4:58 PM CST | **Performer:** System | **Office:** CORPSYS |
|---|---|---|
| **System Generated File Note:** EMAIL-NEW CLAIM NOTIFICATION | | |
| **Participant:** ROBERT L BALES | | **COL / Line (Participant):** ROBERT L BALES |
| **Category:** Correspondence | | |

EMAIL-NEW CLAIM NOTIFICATION was automatically emailed to RBALES918@GMAIL.COM on 1/13/2022 at 10:58 PM (GMT).

| 01-13-2022 - 4:47 PM CST | **Performer:** System | **Office:** CORPSYS |
|---|---|---|
| **System Generated File Note:** Assignment Notification | | |
| **Participant:** | | **COL / Line (Participant):** |
| **Category:** Claim Note | | |

Assignment Notification sent to Phillips, JR (Q07J) at j.r.phillips.q07j@statefarm.com
--- Message Details ---
Fire Claim Number = 36-29L1-57B
Insured Name = ROBERT BALES
Date Of Loss = 01-05-2022
Location of Loss Address = 16207 E 47TH PL
TULSA, Oklahoma 741344705
Insured Default Phone Number = (918) 727-9030
Facts of Loss = Damage to roof shingles,
Agent Name = VIRTUE, JAMES R
Agent Phone = (918) 251-1581
Probable Cause = Hail

| 01-13-2022 - 4:47 PM CST | **Performer:** System - Claim File | **Office:** System |
|---|---|---|

| FIRE | Claim Number: 36-29L1-57B | RBZ00015 |
|---|---|---|

**System Generated File Note:** Weather Data
**Participant:**           **COL / Line (Participant):**
**Category:** Claim Note

AccuWeather provides three years of hail history based on the Date Reported and Loss Location in the Facts of Loss tab. If the Date of Loss and Date Reported are the same day, AccuWeather results may not populate for the Date of Loss. Please access the AccuWeather web portal on the following day after 9AM Eastern to receive available hail data for the Date of Loss.

| Date of Hail | Hail Size (inches) |
|---|---|
| 07/25/2021 | 0.75 |
| 07/17/2021 | 1.0 |
| 08/12/2020 | 1.5 |
| 07/11/2020 | 2.25 |
| 07/02/2020 | 1.0 |
| 04/28/2020 | 1.0 |
| 10/20/2019 | 0.75 |
| 09/25/2019 | 0.75 |
| 08/26/2019 | 1.5 |
| 07/06/2019 | 1.0 |
| 05/29/2019 | 1.0 |
| 05/22/2019 | 1.75 |
| 05/20/2019 | 1.25 |
| 03/08/2019 | 1.0 |

Hail data listed was derived through an API call/interface with the external vendor Accuweather.

01-13-2022 - 4:47 PM CST     **Performer:** System - Claim File     **Office:** System
    **System Generated File Note:** DANIELLE BALES; NI
**Participant:**           **COL / Line (Participant):**
    **Category:** New Claim
Name: DANIELLE BALES
Were you/this person injured as a result of this loss? No

01-13-2022 - 4:47 PM CST     **Performer:** System - Claim File     **Office:** System
    **System Generated File Note:** ROBERT BALES; PNI
**Participant:**           **COL / Line (Participant):**
    **Category:** New Claim
Name: ROBERT BALES
Were you/this person injured as a result of this loss? No
We can send claim communications by text, email or both. What would you prefer? Both

By agreeing, you authorize State Farm Mutual Automobile Insurance Company, and its affiliates, to send automated notifications to your phone number ending in XXXX (read last 4 digits of mobile phone number selected by customer). Agreeing to text notifications is not required to handle your claim. Promptly notify State Farm of any change to this phone number. Message and Data rates may apply. Once you receive the initial text, simply respond "Yes" to acknowledge your opt-in consent.

You agree to receive email communications from State Farm and you may discontinue at any time. We will email you a link to full terms and conditions. You may view documents and manage communication delivery preferences on statefarm.com.
Indicate if Both Preferences word track was read: YesTerms & Conditions Accepted? Y

01-13-2022 - 4:47 PM CST     **Performer:** System - Claim File     **Office:** System
    **System Generated File Note:** Listed Property
**Participant:**           **COL / Line (Participant):**
    **Category:** New Claim

Date: 09-17-2022     Page 8
STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

BALES CL 36-29L1-57B 0020

| FIRE | Claim Number: 36-29L1-57B | RBZ00015 |
|---|---|---|

Identifying Description: Listed Property
Address: 16207 E 47TH PL, TULSA, OK, 741344705, USA
Description:
Indicate if the damage was caused by lightning: No
Is the damage to the building's exterior, interior, or both? Exterior
Is there damage to your exterior wall covering, such as your siding or stucco? No
Is there damage to any: Attached structures such as decks, patio covers, awnings
Did you lose power? No
Do you have a repair estimate? No
Indicate: Has the caller indicated the named insured's home is uninhabitable or involves a total loss to a detached structure(s), based on the facts of loss or information they provided? If uncertain, ask the caller: No
Indicate if Catastrophe Deductible Word Track was read: No
Indicate if Temporary Repairs - Fire word track was read: No
Indicate if applicable deductible(s) were read: No
(Water Shut Off) To protect your property from further damage, turn off the water at the shut-off valve nearest the source of the leak: No
(Carpet) We suggest that you or a contractor extract the water from the carpet and remove the water-damaged pad: No
(Appliances) If safe to do so, unplug and remove all appliances in affected rooms: No
(Protect Furniture) If possible, move furniture and other personal property out of the affected rooms or place aluminum foil under legs of furniture that cannot be removed to prevent stains on the flooring. Pull draperies up and away from wet areas: No
Indicate if Temporary Repairs - Water Removal & Restoration word track was read: No
Indicate if Temporary Repairs - Hail word track was read: No
Indicate if Temporary Repairs - Wind was read: No
Indicate if Temporary Repairs - Wind & Hail was read: Yes

| 01-13-2022 - 4:47 PM CST | **Performer:** System - Claim File | **Office:** System |
|---|---|---|
| **System Generated File Note:** Preliminary Information | | |
| **Participant:** | | **COL / Line (Participant):** |
| **Category:** New Claim | | |

Indicate if damage to any houses, structures, or buildings: Yes
Were any of your personal or business items damaged? No
Was this incident reported to the police? No

| 01-13-2022 - 4:47 PM CST | **Performer:** System - Claim File | **Office:** System |
|---|---|---|
| **System Generated File Note:** Loss Details | | |
| **Participant:** | | **COL / Line (Participant):** |
| **Category:** New Claim | | |

Reported by: Insured
Person who reported the claim: ROBERT BALES
Indicate if warm transferred from agent's office: No
Indicate the kind(s) of loss being reported: Hail, Wind
Indicate, Is this a first-party injury claim? (injury to insured) Is this a first-party property claim? (damage to the insured's owned and insured property) Is this a third-party injury claim? (alleged injury to another person) Is this a third-party property claim? (alleged damage to another person's property): First party property
Indicate if a Weather/Catastrophe loss? Yes
Indicate if the caller is filing this loss for record only: No
Indicate if caller is requesting a Record Only letter to provide to a government agency: No
Mark all applicable coverage(s) and deductible(s) read:
Loss Location Category: Listed Property

| 01-13-2022 - 4:47 PM CST | **Performer:** System - Claim File | **Office:** System |
|---|---|---|
| **System Generated File Note:** Policy Details | | |
| **Participant:** | | **COL / Line (Participant):** |
| **Category:** New Claim | | |

| FIRE | Claim Number: 36-29L1-57B | RBZ000I5 |
|---|---|---|

Policyholder Address: 16207 E 47TH PL, TULSA, OK, 741344705, UNITED STATES
Policyholder Type: Individual
Product Line: F
Policy Number: 36-CM-P589-6
Effective Date: 01/13/2022
Expiration Date: 11/10/2022
State and State Code: OK; 36
Indicate if Excess and Surplus: No
Excess and Surplus State:
Excess and Surplus Policy:

01-13-2022 - 4:47 PM CST    **Performer:** System - Claim File    **Office:** System
   **System Generated File Note:** Invalid Participant data sent from Loss Report
   **Participant:**    **COL / Line (Participant):**
   **Category:** Claim Note
Invalid data received from Loss Report: Unable to add data for participant.

**DANIELLE R BALES**
Participant Type: Named Insured

**Invalid Attribute: Related Vehicle : 0.**

01-13-2022 - 4:47 PM CST    **Performer:** System - Claim File    **Office:** System
   **System Generated File Note:** Invalid Participant data sent from Loss Report
   **Participant:**    **COL / Line (Participant):**
   **Category:** Claim Note
Invalid data received from Loss Report: Unable to add data for participant.

**ROBERT L BALES**
Participant Type: Named Insured

**Invalid Attribute: Related Vehicle : 0.**

### File History - Tasks

09-14-2022 - 3:05 PM CDT    **Performer:** Phillips, JR    **Office:** PROX
   **Task:** CLAIM REASSIGNMENT    **Status:** Completed
   **Participant:**    **COL / Line (Participant):**
   **Category:** New Claim    **Sub Category:** Reassignment
Task to Claim Owner to review reassignment.

09-14-2022 - 2:02 PM CDT    **Performer:** Richwine, Carmen    **Office:** PROX
   **Task:** Call NI litigation    **Status:** Completed
   **Participant:**    **COL / Line (Participant):**
   **Category:** Calendar    **Sub Category:**

09-13-2022 - 6:28 PM CDT    **Performer:** Barbee, Thomas    **Office:** PROXCNC
   **Task:** CLAIM REASSIGNMENT    **Status:** Completed
   **Participant:**    **COL / Line (Participant):**
   **Category:** New Claim    **Sub Category:** Reassignment