meleah meadows <meleah.allypa@gmail.com>

**36-29L1-57B**
1 message

**HOME CLMS-FIRECLAIMS** <statefarmfireclaims@statefarm.com>   Sat, Apr 9, 2022 at 11:16 AM
To: "meleah.allypa@gmail.com" <meleah.allypa@gmail.com>

Good day Meleah,

In response to your letter the photos from our third party vendor reflect the test square size 10x10 not 10 hail hits.

Our claim settlement decisions remain the same. Should you have new information regarding this claim feel free to submit it for review.

Sincerely,

WCCS Hail Reconciliation Unit – Weather – Catastrophe

Regent Commons
4000 Regent Blvd. Irving, TX 75063

Toll Free: 844.458.4300 Extension 66

Fax: 844.236.3646

Never miss a call from State Farm – Add us to your contact list by texting HOME to 62789



ALLY PUBLIC ADJUSTERS SDT 0004