## State Farm

BALES, ROBERT                                                                                                                          36-29L1-57B

**Source - Eagle View**

**Source - Eagle View**



### R1

| 4,704.41 Surface Area | 47.04 Number of Squares |
| 456.58 Total Perimeter Length | 85.28 Total Ridge Length |
| 255.61 Total Hip Length | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV |
| --- | --- | --- | --- | --- |
| R&R Tarp - all-purpose poly - per sq ft (labor and material) | 10.00 SF | 0.94 | 0.25 | 9.65 |
| Remove Laminated - comp. shingle rfg (per SHINGLE) | 5.00 EA | 5.47 | 0.00 | 27.35 |
| Laminated - comp. shingle rfg (per SHINGLE) | 5.00 EA | 13.16 | 0.97 | 66.77 |
| Repairable wind damage found to left slope only | | | | |
| R&R Roof vent - turtle type - Metal | 4.00 EA | 58.10 | 5.51 | 237.91 |
| R&R Rain cap - 4" to 5" | 3.00 EA | 34.19 | 3.97 | 106.54 |
| R&R Gutter / downspout - aluminum - up to 5" | 10.00 LF | 7.34 | 3.40 | 76.80 |

Left front downspout with small impact. No other guttering with damage consistent with hail.

No evidence of any circular bruises, fractures or punctures found to the roof surface. Markings circled by the roofer are not consistent with hail impacts, but rather normal wear, tear, mechanical and blistering damage.

| **Totals: R1** | | **14.10** | **525.02** |
| --- | --- | --- | --- |

Area Totals:  Source - Eagle View

| 1,741.01 Exterior Wall Area | | |
| --- | --- | --- |
| 4,704.41 Surface Area | 47.04 Number of Squares | 456.58 Total Perimeter Length |
| 85.28 Total Ridge Length | 255.61 Total Hip Length | |

| **Total: Source - Eagle View** | | **14.10** | **525.02** |
| --- | --- | --- | --- |

Area Totals:  Source - Eagle View

| 1,741.01 Exterior Wall Area | | |
| --- | --- | --- |
| 4,704.41 Surface Area | 47.04 Number of Squares | 456.58 Total Perimeter Length |
| 85.28 Total Ridge Length | 255.61 Total Hip Length | |

| **Total: Source - Eagle View** | | **14.10** | **525.02** |
| --- | --- | --- | --- |

BALES CL 36-29L1-57B 0213