Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2        FOR THE WESTERN DISTRICT OF OKLAHOMA
 3   TY MERCHANT and KRISTIN
     MERCHANT,
 4
           Plaintiffs,
 5   -vs-                        No.  21-cv-391-J
 6   SAFECO INSURANCE COMPANY OF
     AMERICA,
 7
           Defendant.
 8
 9
10      VIDEOTAPED DEPOSITION OF RANDY SEAN WILEY
11           TAKEN ON BEHALF OF THE DEFENDANT
12      ON OCTOBER 3, 2022, BEGINNING AT 1:56 P.M.
13              IN OKLAHOMA CITY, OKLAHOMA
14
15   APPEARANCES:
16   On behalf of the PLAINTIFFs:
17        Keith P. Givens
          MANSELL, ENGEL & COLE
18        204 North Robinson, 21st Floor
          Oklahoma City, Oklahoma 73102
19        kgivens@meclaw.com
20   On behalf of the DEFENDANT:
21        William W. O'Connor
          HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON
22        320 South Boston, Suite 200
          Tulsa, Oklahoma 74103
23        boconnor@hallestill.com
24   Also Present:  Stesha Snow, videographer
25   REPORTED BY:  MARCY A. KING, CSR, RPR
```

Page 2

```
 1              T A B L E  O F  C O N T E N T S
 2                                                   PAGE
 3   STIPULATIONS . . . . . . . . . . . . . .    5
 4   DIRECT EXAMINATION BY MR. O'CONNOR . .       6
 5   CROSS EXAMINATION BY MR. GIVENS  . . .     145
 6   REDIRECT EXAMINATION BY MR. O'CONNOR .     149
 7
                         EXHIBITS
 8
     For Defendant:                              Page
 9
     Exhibit 1      OSCN website  - 1992           36
10   Exhibit 2      OSCN website - 1998            36
11   Exhibit 3      OSCN website - 1998            37
12   Exhibit 4      OSCN website - 2005            38
13   Exhibit 5      OSCN website - 2006            39
14   Exhibit 6      Dallas County Felony and Misdemeanor
15                  Courts Case Information        40
16   Exhibit 7      OSCN website - 1998            42
17   Exhibit 8                                     **
18   Exhibit 9                                     **
19   Exhibit 10     OSCN website - 2005            43
20   Exhibit 11     Petition                       44
21   Exhibit 12     OSCN website - 2013            45
22   Exhibit 13     OSCN website - 2014            45
23   Exhibit 14                                    **
24   Exhibit 15     OSCN website - 2014            47
25
```

Page 3

```
 1        T A B L E  O F  C O N T E N T S (continued)
 2   Exhibit Number                              Page
 3   Exhibit 16     witness Wiley's Report and
                    Opinions                        81
 4   Exhibit 17     Subpoena to Produce Documents,
 5                  Information, or Objects or to Permit
 6                  Inspections of Premises In a Civil
                    Action                          47
 7   Exhibit 18                                     **
 8   Exhibit 19                                     **
 9   Exhibit 20     video of VanDorn/Berryman
10                  inspection-memory card         50
11   Exhibit 21     photograph                     52
12   Exhibit 22     Rule 26 Report and Qualifications
                    & Basis of Opinions/photographs 54
13   Exhibit 23     plan documents                 57
14   Exhibit 24     Smart House Consultants Engineering
15                  Roof Inspection                58
16   Exhibit 25     Hail Impacts Report            58
17   Exhibit 26     JW Invoice - June 19, 2022     60
18   Exhibit 27     Ladder Now Maestro Report      61
19   Exhibit 28     JW Estimate - 4/30/22          64
20   Exhibit 29     three photographs              64
21   Exhibit 30     photos/appraisal report        65
22   Exhibit 31     Residential Property Conndition
                    Disclosure Statement           65
23   Exhibit 32     Rose Hill Builders, LLC estimate 70
24
25
```

Page 4

```
 1        T A B L E  O F  C O N T E N T S (continued)
 2   Exhibit Number                              Page
 3   Exhibit 33     Safeco Insurance Company estimate 71
 4   Exhibit 34     weather data                   74
 5   Exhibit 35     Berryman Report - May 20, 2022 75
 6   Exhibit 36     Berryman's report Price List
                    Items                          76
 7   Exhibit 37     photographs                    77
 8   Exhibit 38     Hall Estill letter to Givens
 9                  February 7, 2022               77
10   Exhibit 39     transcript of deposition of
                    Steven Le                      77
11   Exhibit 40     index to Ty Merchant deposition 80
12   Exhibit 41     transcript of deposition of
13                  Ty Merchant                    80
14   Exhibit 42     index to deposition of Kristin
                    Merchant                       80
15   Exhibit 43     transcript of deposition of
16                  Kristin Merchant               80
17   **no exhibit marked
```



Page 97

1   A   I believe there was another one with
2   State Farm. I believe it was Greer versus State
3   Farm, and --
4   Q   Where was that at?
5   A   -- I was deposed.
6   Q   Where was that?
7   A   I believe it was Mansell, Engel &
8   Cole.
9   Q   Where was the case?
10   A   El -- El Reno, I think.
11   Q   What was the nature of the work you
12   did?
13   A   A semi truck hit the home. I wrote
14   an estimate for the repairs. And -- and the
15   extent of the damage from the truck hitting the
16   home.
17   Q   Okay. What others?
18   A   I believe that's it. I believe.
19   Q   Has that been resolved?
20   A   I don't know.
21   Q   You know you've been deposed but no
22   --
23   A   Correct.
24   Q   You've never testified for Safeco or
25   Liberty Mutual, correct?

Page 98

1   A   Correct.
2   Q   And other than your testimony on work
3   that was done while you were an employee of
4   Blackmon Mooring, in your list of cases and
5   those supplemental cases, you've always been
6   testifying for the plaintiff, correct?
7   A   Correct.
8   Q   And of the list, I see 11 of these
9   cases are originating from engagement by Mansell
10   Engel & Cole; is that accurate?
11   A   Probably, yes.
12   Q   Has a court ever excluded you from
13   testifying?
14   A   Not that I know of.
15   Q   Have you ever seen any motions of any
16   kind that attempted to exclude your testimony?
17   A   I believe at one time I saw a Daubert
18   motion that was trying to exclude me or
19   something. The judge said no.
20   Q   So, to your knowledge, has a judge
21   ever excluded you?
22   A   Not to my knowledge, no.
23   Q   Have you ever reached a conclusion or
24   provided an opinion that was contrary to the
25   interest of the plaintiff that engaged you or

Page 99

1   the plaintiff's lawyer that engaged you?
2         MR. GIVENS: Object to the form.
3         THE WITNESS: I'm sorry. I
4   didn't understand that.
5   Q   (By Mr. O'Connor) Yeah. So with
6   respect to these engagements that you've had
7   that we just went over, you were engaged on each
8   occasion by a plaintiff's law firm, correct?
9   A   Correct.
10   Q   Not by the actual insured, right?
11   A   Correct.
12   Q   So on any occasion in which a
13   plaintiff's law firm has engaged you, have you
14   ever reached an opinion that was contrary to the
15   interest of the insured represented by those
16   claims?
17         MR. GIVENS: Object to the form.
18         THE WITNESS: In the ones that I
19   -- in the ones that I've been hired as an expert
20   in?
21   Q   (By Mr. O'Connor) Yes.
22   A   No.
23   Q   How about -- how about as a
24   consultant?
25   A   Yes. Multiple times. One of the

Page 100

1   reasons why I believe Mansell, Engel & Cole
2   hires me so far is because -- is because when I
3   go out and I look at the -- I look at the house,
4   and if someone is claiming that there's damage
5   and they ask me to go look at it, I'll go look
6   at it and I'll tell them, yes, there's damage or
7   no, there's not damage. So I'll tell them if
8   it's a good case or not.
9         And I believe they respect my opinion
10   in what I see and my knowledge in the
11   construction industry and the insurance
12   industry.
13   Q   So how many occasions have you done
14   that?
15   A   Told them no?
16   Q   Yeah.
17   A   Told them it was bad?
18   Q   Yeah.
19   A   I would say 50 or 100.
20   Q   50 to 100 times you've said there's
21   no claim here?
22   A   Maybe.
23   Q   Have you been paid for each of those
24   consulting engagements?
25   A   Oh, whenever -- yes.



Page 101

1   Q   So each time you go out there you're
2   being paid by Mansell, Engel & Cole?
3   A   Yes.  It may not be 50 or 100.  It
4   may be less than that.  It may be 20 to 50.
5   Q   What -- who have you communicated
6   with at Mansell, Engel and Cole in this case?
7   A   Mr. Keith Givens.
8   Q   And who else?
9   A   I believe that's it on this case.  I
10  believe.
11  Q   Okay.  Well, I don't -- I'm not
12  prying, but I saw you talking to Mr. Mansell at
13  a break.  Do you work for Steve Mansell as well?
14  A   Yes.  In the -- I've done work for
15  almost every lawyer in here.  One of the cases,
16  the school case that you asked about, that was
17  for Mr. Steve Mansell.
18  Q   Okay.  Have you done work for Mark
19  Engel?
20  A   Yes, sir.
21  Q   How many times?
22  A   Probably only a couple of times for
23  Mr. Mark Engel.  The same thing for Mr. Steve
24  Mansell.
25  Q   And then Adam Engel?

Page 102

1   A   Adam Engel I've probably done the
2   most work for.
3   Q   Okay.  And then Jordyn Cartmell?
4   A   The Same thing.
5   Q   Keith Givens?
6   A   Mr. Givens I've probably worked for
7   three or four times.  Mr. Givens asked me to
8   look at a case for him over in Oklahoma City.
9   We looked at it, and I told him the person that
10  -- the person that says this is damaged by this,
11  that's not correct.
12       And I --
13  Q   Do you know who the insurance company
14  was at issue there?
15  A   No.
16  Q   Anybody else?  Any other lawyers at
17  Mansell, Engel & Cole?
18  A   I've worked for Zach -- I don't
19  remember Zach's last name.
20  Q   Anybody else?
21  A   No.
22  Q   Have you ever met the insureds here,
23  Ty and Kristin Merchant?
24  A   No.
25  Q   So your first -- your only meetings

Page 103

1   in this case or communications have been with
2   Mr. Givens?
3   A   Mr. Givens.  And I believe before the
4   inspection, or on the day of my inspection Mr.
5   and Mrs. Merchant were leaving and I waved to
6   them and told them I'd be on the roof.
7   Q   Okay.  So did you meet them?
8   A   I believe I had met Ms. Merchant
9   before then.  And it may have been at the
10  inspection for Mr. Berryman and them, or before
11  the inspection.
12  Q   How many inspections did you do for
13  the Merchant home?
14  A   I believe -- I know I was involved in
15  the video inspection.
16  Q   Is that when the Berryman firm was
17  there?
18  A   Yes, sir.  There, and then an
19  inspection after that.  I don't remember -- I
20  don't remember right off the top of my head if I
21  was asked to go look at this before that.
22  Q   Okay.
23  A   But this could be one of the cases
24  that they asked me to go look at before and see
25  if there's damage or not.

Page 104

1   Q   I didn't see an engagement agreement
2   in your production.  Do you have any engagement
3   agreement with Mansell, Engel & Cole?
4   A   No, sir.
5   Q   What are the terms of your
6   engagement?
7   A   Whenever they hire me for inspections
8   or estimating, my fees were $125 an hour.
9   They're now 150 due to all of these gas prices.
10  And 200 an hour for testifying or depositions
11  with an eight hour minimum.  And now that's 225.
12  Q   Are you aware of any statute that
13  says you're allowed an eight hour minimum?
14  A   No.
15  Q   Any federal rule?
16  A   No.
17  Q   Did anybody assist you in the
18  engagement here?
19  A   No.
20  Q   So there's no wife or sons doing any
21  work on this case?
22  A   No.
23  Q   Or any other consulting firm that you
24  relied on?
25  A   No.

